UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YOLKEIBER JOSE REATIGA MOLINA,<br>Petitioner,<br>v.<br>WARDEN OF NORTHWEST ICE PROCESSING CENTER; DIRECTOR/ACTING DIRECTOR OF SEATTLE FIELD OFFICE, ICE ERO; and SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY,[1]<br>Respondents. | No. 2:26-CV-03154-SAB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Before the Court is Petitioner's Motion for Leave to Proceed In Forma Pauperis (IFP), ECF No. 3. Petitioner is representing himself in the matter.

---

[1] Respondent is the Warden of Northwest ICE Processing Center. However, the proper respondent for a § 2241 petition is the person who has custody over the petitioner. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004) (citing 28 U.S.C. §§ 2242, 2243). Because Petitioner is currently detained at the Northwest Immigration Processing Center, the proper respondent for this action is the individual in charge of that facility. **Accordingly, the Clerk is DIRECTED to name Bruce Scott, Warden of the Northwest Immigration Processing Center, as a Respondent in this action.**

Pursuant to 28 U.S.C. § 1915(a), the Court may permit an indigent litigant to proceed IFP if the litigant submits an affidavit that declares all assets, the nature of the action, and an entitlement to redress. An affidavit is sufficient when "it states that one cannot because of his poverty pay or give security for the costs… and still be able to provide himself and dependents with the necessities of life." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993). A court should deny an IFP application when it is clear the action is frivolous or without merit. *Tripati v. First Nat'l Bank & Tr.*, 821 F.2d 1368, 1369 (9th Cir. 1987).

Petitioner's IFP application establishes his indigency. He is currently detained at the Northwest Immigration and Customs Enforcement Processing Center and appears to have limited funds available to afford the filing fee. The action, a petition for writ of habeas corpus challenging Respondent's continued detention of Petitioner, does not appear to be frivolous or clearly without merit.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Leave to Proceed In Forma Pauperis, ECF No. 3, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and to *pro se* Petitioner.

**DATED** this 15th day of October 2026.

Stan Bastian

Stanley A. Bastian
United States District Judge